IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Daniel Hameed and Benjamin Ukaegbu, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:25-cv- |
| PBM Enterprises Inc, dba Nomad; Officer S.Y. Salameh; Officer Jawad; and City of Houston, | § § § § § | |
| *Defendants*. | § § | |

## <u>DEFENDANT CITY OF HOUSTON'S NOTICE OF REMOVAL</u>

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant CITY OF HOUSTON (the "City") files this its Notice of Removal. In support of said notice, the City would respectfully show the Court as follows:

### I.     Local Rule - 81

1.     Pursuant to Local Rule 81 for the Southern District of Texas, attached are the following:

- <u>Exhibit 1</u>: Plaintiff's Original Petition filed in State Court Action.
- <u>Exhibit 2</u>: Plaintiff's First Amended Petition filed in State Court Action.
- <u>Exhibit 3</u>: Plaintiff's Second Amended Petition filed in State Court Action.
- <u>Exhibit 4</u>: Defendant City of Houston's Original Answer.
- <u>Exhibit 5</u>: Copies of notices of receipt of service of process in the State Court Action as of the date of this Notice of Removal.
- <u>Exhibit 6</u>: Copy of current docket sheet in the State Court Action.
- <u>Exhibit 7</u>: List of all parties of record.
- <u>Exhibit 8</u>: Index of matters being filed.

### II.     STATE COURT ACTION

2.     On or about July 3, 2025, Plaintiffs Daniel Hameed and Benjamin Ukaegbu commenced a civil action in the 11th Judicial District Court of Harris County, Texas, by filing a

Plaintiffs' Original Petition bearing the caption *Daniel Hameed and Benjamin Ukaegbu v. PBM Enterprises Inc, dba Nomad; Officer S.Y. Salameh; Officer Jawad and City of Houston.* (Ex. 1) Plaintiffs then filed a First Amended Petition on July 13, 2025 (Ex. 2) and a Second Amended Petition on November 1, 2025. (Ex. 3) Plaintiffs' Original Petition and First Amended Petition were not served. The City filed its Original Answer filed on December 1, 2025. (Ex. 4)

3.      Plaintiffs' Second Amended Petition raises a federal cause of action, pursuant to 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the U.S. Constitution.  (Ex. 3 pg. 10 -11.)  Accordingly, the City removes this case and invokes this Court's federal question subject matter jurisdiction.

### III.      GROUNDS FOR REMOVAL

**Federal Question Jurisdiction**

4.      The district courts of the United States have original jurisdiction over this action on the federal questions presented in Plaintiffs' Second Amended Petition; namely, the alleged violations of 42 U.S.C. § 1983, and the Fourth and Fourteenth Amendments to the U.S. Constitution.  (Ex. 3 pg. 10 -11.)

5.      Original jurisdiction over such matters is conferred upon federal district courts by 28 U.S.C. §1331, which states that "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. §1331; *see also* 28 U.S.C. §§1441(a)-(b), 1443. In addition to the original jurisdiction granted by 28 U.S.C. §1331, the Court likewise has pendant jurisdiction over all of Plaintiffs' state law claims pursuant to 28 U.S.C. §1367.  Therefore, removal of this action is proper.

**Venue**

6.      Venue is proper in this district and division because the State Court Action is

pending in Harris County, Texas, which is located within the Southern District of Texas, Houston Division. *See* 28 U.S.C.§1441(a). Venue is also proper in this district and division under 28 U.S.C. § 1443 because this is a civil action for an act under color of authority derived from a law providing for equal rights and because Plaintiffs commenced this proceeding in a State court in this district and division. Additionally, venue is proper in this district and division because a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred, if at all, in this judicial district. 28 U.S.C. § 1391(b).

**Removal is Timely**

7.      The City of Houston has 30 days after receipt of the initial pleading setting forth a federal cause of action to file a notice of removal. *See* 28 U.S.C. §1446(b)(1); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68-69 (1996); *Crockett v. R.J. Reynolds Tobacco Co.*, 436 F.3d 529, 532 (5th Cir. 2006). The City was served with Plaintiffs' Second Amended Petition on November 7, 2025. (Ex. 5.) This Notice of Removal is filed within 30 days of the City's receipt of Plaintiffs' Second Amended Petition and is therefore timely filed under 28 U.S.C. §1446(b)(1).

**Consent Required**

8.      To Defendant's knowledge, Plaintiffs have not properly served any other named defendants therefore consent to removal is not required from any other named defendant. 28 U.S.C. § 1446(b)(2)(A). The City has fulfilled all procedural requirements to timely remove the State Court Action.

**Notice Given**

9.      Simultaneously with the filing of this removal, notice will be given to Plaintiffs and all parties who have appeared via their attorneys of record, if any. Additionally, a copy of this Notice of Removal will be filed with the Clerk of the District of Harris County, Texas in the State

Court Action under Cause #2025-46345.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant CITY OF HOUSTON pursuant

to these statutes and in conformance with the requirements of 28 U.S.C. §1446, removes this action

for trial from the 189th Judicial District Court of Harris County, Texas (Cause #2025-46345) to the

United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**

CHRISTY L. MARTIN
Chief, Torts & Civil Rights Section

Date: December 5, 2025.                By:     */s/ Melissa Azadeh*
Melissa Azadeh
State Bar No. 24064851
Federal Bar No. 1090186
Telephone (832) 393-6270
Facsimile (832) 393-6259
melissa.azadeh@houstontx.gov
CITY OF HOUSTON LEGAL DEPARTMENT
900 Bagby, 3rd Floor
Houston, Texas 77002
**ATTORNEYS FOR DEFENDANT**
**CITY OF HOUSTON**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon all parties and counsel of record via electronic filing in accordance with the Rules of Federal Civil Procedure and District Local Rules, and alternatively, via email on December 5, 2025, to:

Chukwuma Njaka
Chukwuma Njaka, Esq.
7324 Southwest Freeway, Ste. 370
Houston, Texas 77074
denickslegal@gmail.com

/s/ Melissa Azadeh
Melissa Azadeh